```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0208--CV (JKS)
                  "WANDA M. HERRERA V SAFEWAY INC"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 08/29/05
            Closed: 11/01/05

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (360) Other personal injury

            Origin: (2) Removed from State Court
            Demand: 100
        Filing fee: Paid $250.00 on 08/29/05 receipt # 00126464
          Trial by: Jury
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | HERRERA, WANDA M. | Robert J. Jurasek<br>Pentlarge Law Group<br>1400 W. Benson Boulevard<br>Suite 550<br>Anchorage, AK 99503<br>907-276-1919<br>FAX 907-276-8000 |
| DEF 1.1 | SAFEWAY INC | Frank S. Koziol Jr<br>Attorney at Law<br>618 Christensen Drive<br>Anchorage, AK 99501<br>907-258-7706<br>FAX 907-258-7707 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0208--CV (JKS)
                "WANDA M. HERRERA V SAFEWAY INC"

                      For all filing dates
```

```
 Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
           Filed: 08/29/05
          Closed: 11/01/05

    Jurisdiction: (4) Diversity (see citizenship of parties)
   PLF Diversity: (1) Citizen of This State
   DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

  Nature of Suit: (360) Other personal injury

          Origin: (2) Removed from State Court
          Demand: 100
      Filing fee: Paid $250.00 on 08/29/05 receipt # 00126464
        Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/29/05 | DEF 1 Notice of Removal from Superior Court case no. 3AN-05-9248CI w/att exhs. |
| 1 - 2 | 08/29/05 | DEF 1 Jury Demand. |
| 2 - 1 | 08/29/05 | DEF 1 Notice advising state court pleadings previously filed. |
| 3 - 1 | 08/29/05 | DEF 1 Service List. |
| 4 - 1 | 08/31/05 | JKS Minute Order to Petitioner Subsequent to Removal.  Petitioner to file w/crt w/i 10 days cy of state crt docs & svc list. cc: cnsl |
| 5 - 1 | 08/31/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 6 - 1 | 09/07/05 | DEF 1 Notice of compliance w/ord to petitioner subsequent to removal. |
| 7 - 1 | 09/21/05 | DEF 1 Notice to court. |
| 8 - 1 | 09/21/05 | PLF 1 response to notice of removal. |
| 9 - 1 | 10/11/05 | PLF 1; DEF 1 Stipulation to remand this case to State Superior Court. |
| 10 - 1 | 10/13/05 | JKS Minute Order granting stipulation to remand this case to State Superior Court (9-1). cc: cnsl (10/13/05 certified cy mailed to state court) |